**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clayton K. UPSHAW, a.k.a. Polk,**
**Defendant–Appellant.**

**No. 09–11077**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 24, 2009.

Darlene M. Geiger, Federal Public Defender's Office, Fort Myers, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Darlene M. Geiger, appointed counsel for Clayton K. Upshaw, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Upshaw's motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2), is **AFFIRMED.**